■ JANE Y. FREIHOFER, Appellant, v CHARLES C. FREIHOFER, Respondent. — Motion for extension of time to serve the notice of appeal upon the Rensselaer County Attorney granted, without costs, and time extended to 10 days from the date of the decision hereon (see *Peck v Ernst Bros.,* 81 AD2d 940). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.